Elizabeth Waldow
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California   95389
Telephone: (209) 372-0243

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 6:05-mj-0013-WMW |
| Plaintiff, | ) | DISMISSAL; AND ORDER THEREON |
| v. | ) | |
| Kenneth D. Bujer | ) | |
| Defendant | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice.

Dated: April 4, 2006.                    NATIONAL PARK SERVICE


                                          /s/ Eliabeth Waldow
                                          Elizabeth Waldow
                                          Legal Officer


IT IS SO ORDERED.

**Dated:   April 5, 2006**              **/s/ William M. Wunderlich**
mmkd34                                   UNITED STATES MAGISTRATE JUDGE

1